# JAKE LASALA

**Counselor at Law**
**125-10 Queens Boulevard – Suite 320**
**Kew Gardens, New York 11415**
**(718) 261-7695**
**Email: JLaSalaEsq@aol.com**

December 22, 2020

**VIA ECF**

Honorable Laura Taylor Swain                MEMO ENDORSED
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>        *Re:    United States vs. Cristian Costea*
>               *19-CR-651 (LTS)*

Dear Judge Swain:

    This letter is submitted on behalf of my client, Cristian Costea, to respectfully request permission to travel to the Hampton Inn in Lake Placid, New York, with his family from December 25, 2020 through January 2, 2021.

    Both the government and Pretrial Services have been informed of this request, Pretrial Services, through P.T.S.O. Mohammed A. Amed, do not oppose it given his ongoing compliance with pretrial supervision.  The government through A.U.S.A. Elizabeth Hanft, takes no position on this request.

The requested modification is granted.            Respectfully submitted,
DE#416 resolved.
SO ORDERED.                                       *Jake LaSala*
12/22/2020
/s/ Laura Taylor Swain, USDJ                      JAKE LASALA, ESQ.

Cc:    A.U.S.A. Robert B. Sobelman (via ECF)
       A.U.S.A. Elizabeth A. Hanft (via ECF)
       A.U.S.A. Daniel Loss (via ECF)
       P.T.S.O (via email)