# JAKE LASALA

**Counselor at Law**
125-10 Queens Boulevard – Suite 320
Kew Gardens, New York 11415
(718) 261-7695
Email: JLaSalaEsq@aol.com

December 23, 2020

*Amended 2nd letter*

**VIA ECF**

Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

    Re:    *United States vs. Cristian Costea*
             *19-CR-651 (LTS)*

Dear Judge Swain:

    Permit to respectfully thank you for consenting to Mr. Costea's travel request.

    It has come to my attention that when I made the request to the Court for Mr. Costea's permission to travel and I stated that Pre-Trial does not oppose given his ongoing compliance with Pre-trial Services, this was incorrect. I have become aware through P.T.S.O. Mohammed Ahmed that it is their office policy to oppose all travel requests for social events and overnight trips for defendants on home detention.

    On behalf of my client, Cristian Costea, I respectfully request permission to travel to the Hampton Inn in Lake Placid, New York, with his family from December 25, 2020 through January 2, 2021.

    The government through A.U.S.A. Elizabeth Hanft, takes no position on this request.

> Counsel is cautioned to be certain of the position of the parties before making a request. The permission is granted. DE# 418 is resolved. SO ORDERED.
> /s/ Swain 12/23/20

Respectfully submitted,

*Jake LaSala*

JAKE LASALA, ESQ.

Cc:    A.U.S.A. Robert B. Sobelman (via ECF)
        A.U.S.A. Elizabeth A. Hanft (via ECF)
        A.U.S.A. Daniel Loss (via ECF)
        P.T.S.O (via email)