UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                        No. 19 CR 651-LTS

CHRISTIAN COSTEA,

        Defendants.

--------------------------------------------------------x

ORDER

The pretrial conference originally scheduled in this case for September 29, 2022, at 10:30 a.m. is hereby rescheduled to take place on September 28, 2022, at 10:30 a.m. For the reasons stated in the Court's July 20, 2022, order (docket entry no. 1184), the Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A), that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through the date of the pretrial conference (September 28, 2022), outweigh the best interests of the public and the defendant in a speedy trial.

      SO ORDERED.

Dated: New York, New York
       August 22, 2022

                                                    /s Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge