

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 21, 2022

**BY ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
500 Pearl Street
New York, New York 10007

**MEMO-ENDORSED**

Re:   *United States v. Cristian Costea*, **19 Cr. 651 (LTS)**

Dear Chief Judge Swain:

The Government respectfully submits this letter to request that the conference presently scheduled for September 28, 2022, at 10:30 a.m., be adjourned to October 12, 2022, at 10:30 a.m.

The Government also requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between September 28, 2022, and the date to which the conference is adjourned, to permit adequate time for the defendant to review the Government's discovery materials and discuss a potential pretrial disposition with the Government.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s/_____
Elizabeth A. Hanft
Margaret Lynaugh
Samuel P. Rothschild
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2334/2448/2504/2616

Cc: Jake LaSala, Esq. (by ECF)

> The foregoing request for adjournment is granted.  The conference is hereby rescheduled for October 12, 2022, at 10:30a.m. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through October 12, 2022, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated herein.   Dkt. no. 1233 resolved.
> SO ORDERED.
> /s/ Laura Taylor Swain, Chief USDJ 9/23/2022