UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-　　　　　　　　　　　　　　　　　　　　No. 19 CR 651 - LTS

CRISTIAN COSTEA,

        Defendant.

-------------------------------------------------------x

## ORDER

        The sentencing hearing in this case is scheduled to proceed on **April 5, 2023**, at **2:30 p.m**. in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

    SO ORDERED.

Dated: New York, New York
       April 3, 2023

                                                           /s/ Laura Taylor Swain_____
                                                         LAURA TAYLOR SWAIN
                                                        Chief United States District Judge