UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                                                     No. 19-cr-651-LTS-03

CHRISTIAN COSTEA,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a pro se motion (the "Motion") from Mr. Costea to convert the remaining term of his incarceration to home confinement, which the Court construes as a motion seeking compassionate release pursuant to 18 U.S.C. section 3582(c)(1)(A). The Court has filed a redacted version on the docket, will file the unredacted version under seal, and will provide the unredacted version to the Government, because the Motion contains sensitive medical information. The Government is directed to respond indicating its position regarding Mr. Costea's request by **October 31, 2024**. Mr. Costea is directed to file any reply in support of his motion by **November 14, 2024**. The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Costea at the address below.

    SO ORDERED.

Dated: New York, New York
       October 16, 2024

                                                                                                /s/ [DRAFT]
                                                                                              LAURA TAYLOR SWAIN
                                                                                              Chief United States District Judge

Mailed to:

Christian Costea
87287-054

FCI Otisville
P.O. Box 1000
Otisville, NY 10963