UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                   No.  19-cr-651-LTS-03

CHRISTIAN COSTEA,

       Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a reply brief (the "Reply") from Mr. Costea in support of his pro se motion to convert the remaining term of his incarceration to home confinement, which the Court construes as a motion seeking compassionate release pursuant to 18 U.S.C. section 3582(c)(1)(A).  The Court has filed a redacted version on the docket, will file the unredacted version under seal, and will provide the unredacted version to the Government, because the Reply contains sensitive medical information.  The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Costea at the address below.

    SO ORDERED.

Dated: New York, New York
       November 26, 2024

                                                                                     /s/ Laura Taylor Swain
                                                                                 LAURA TAYLOR SWAIN
                                                                                 Chief United States District Judge

Mailed to:

Christian Costea
87287-054
RRM New York
201 Varick Street Room 849
New York, NY  10014