UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                              No. 19-cr-651-LTS-03

CHRISTIAN COSTEA,

       Defendant.

--------------------------------------------------------x

### ORDER

The Government is hereby directed to submit its response to the new arguments raised in Mr. Costea's reply brief (docket entry no. 1549), filed in support of his pro se motion to convert the remaining term of his incarceration to home confinement, by **December 9, 2024**. The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Costea at the address below.

     SO ORDERED.

Dated: New York, New York
       December 4, 2024

                                         /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

Mailed to:

Christian Costea
87287-054
RRM New York
201 Varick Street Room 849
New York, NY  10014