UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

v.

CRISTIAN COSTEA

Defendant.

19-CR-651-LTS

ORDER

The Court has received Defendant Cristian Costea's letter motion dated November 18, 2026, seeking early termination of supervised release. The Government is hereby directed to file a response to Mr. Costea's letter by **December 3, 2026**. Should Mr. Costea wish to file a reply to the Government's response, he must do so by **December 17, 2026**.

SO ORDERED.

Dated: New York, New York
November 19, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge